JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFREY ABADEE, ET AL.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>PATRIOTS BANK, ET AL.,<br><br>  Defendants. | CASE NO. CV 11-01465-MMM(VBKx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(Pursuant to Local Rule 41) |

On July 11, 2011, the Court issued an Order to Show Cause why this case should not be dismissed for failure to appear and failure to comply with this court's orders.

A written response to the Order to Show Cause was ordered to be filed withing ten days of July 11th.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: August 2, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE